*Joseph W. Alaimo* and *Philip B. Dattilo* for appellant.

*Eric P. Smith* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the evidence presented questions of fact for the jury. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DYE and FROESSEL, JJ. DESMOND and FULD, JJ., dissent on the memorandum of the Appellate Division. Taking no part: VAN VOORHIS, J.

In the Matter of 29 CORTLANDT STREET CORP., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [29 Cortlandt St., Borough of Manhattan.]

*Argued October 21, 1953; decided December 3, 1953.*

*Leffert Holz* and *Herman Schrier* for appellant.

*Denis M. Hurley, Corporation Counsel (Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

In the Matter of 649 MADISON AVENUE CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [649–651 Madison Ave., Borough of Manhattan.]

Argued October 21, 1953; decided December 3, 1953.